## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael Wolf
                         Plaintiff,

v.                                            Case No.: 1:19–cv–08154
                                                    Honorable John J. Tharp Jr.

N. Neville Reid
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Pursuant to Fed. R. Civ. P. 60(a) and having received no objections, the Trustee's motion to amend judgment order [26] is granted. The Clerk is directed to enter the amended judgment order in Cases Nos. 18–07952, 18–07953, 19–01978, 19–08154, and 19–08299 and Adversarial Proceedings Nos. 16–00066, 16–00482, and 16–00485. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.