IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re MICHAEL WOLF,  )<br>)<br>Debtor.  )<br>)<br>-------------------------------------------------  )<br>)<br>N. NEVILLE REID, not individually,  )<br>but solely in his capacity as Chapter 7  )<br>Trustee of the bankruptcy estate of  )<br>Michael A. Wolf, et al.,  )<br>)<br>Plaintiffs-Appellees,  )<br>)<br>v.  )<br>)<br>MICHAEL WOLF, SCOTT WOLF, et  )<br>al.,  )<br>)<br>Defendants-Appellants.  ) | Nos. 18 C 07952, 18 C 07953,<br>19 C 01978, 19 C 08154, and<br>19 C 08299<br><br>Judge John J. Tharp, Jr.<br><br>(Bankr. No. 14 B 27066) |

## AMENDED JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., on appeal from the United States Bankruptcy Court for the Northern District of Illinois following (1) a February 9, 2017 judgment order dismissing a joint third-party complaint in adversarial proceeding 16-00066; (2) a November 11, 2018 final default judgment (incorporating associated proposed findings of fact and conclusions of law) in adversarial proceeding 16-00066; (3) a December 3, 2019 order denying a motion to amend an order dismissing adversarial proceeding 16-00482; (4) a December 3, 2019 order denying a motion to amend an order dismissing adversarial proceeding 16-00485; and (5) two December 12, 2019 orders of civil contempt issued in adversarial proceeding 16-00066; it is hereby ORDERED:

The Bankruptcy Court's orders are AFFIRMED.

Judgment is entered in favor of appellees N. Neville Reid, individually, N. Neville Reid, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy Estate of Michael A. Wolf, the Bankruptcy Estate of Michael A. Wolf, Daniel Patrick Dawson, individually, Joseph Anthony Ptasinski, individually, Carly Vandewalle Gibbs, individually, Nisen & Elliott, LLC, Members of Nisen & Elliott, LLC, including Michael J. Daley, Helen M. Jensen, John K. Kneafsey, John F. Lesch, Thomas V. McCauley, Robert O. Middleton, Kenneth Rojc, William A. Walker, Mark F. Zaenger, Edward B. Mueller, Michael H. Moirano, William Raleigh, John C. Stiefel, and Paul F. Gerbosi, Fox Swibel Levin & Carroll, LLP, Ryan T. Schultz, individually, Anabelle D. Bouse, individually, Edward Russell Lewis, Elizabeth Greenberg Wolf, Egg Worldwide Inc., a Delaware corporation, Egg Worldwide Inc., an Illinois corporation, Design Network International, Ltd., an Illinois corporation, Barry B. White, Eleanor G. White, Foley Hoag LLP, Amy Lynn Gertler, individually, Michael Farr Koenigsberger, individually, Laura Marie Presto, individually, Grund & Leavitt, P.C., Denise Hughes, Michael J. Cummins, individually, the Law Offices of Michael J. Cummins, John Doe 1 and all other third-party complaint defendants and against appellants Michael Wolf, Scott Wolf, Peter Wolf, Zig-Zag, Corp., ZZC, Inc., MMQB, Inc., Hound Ventures, Inc., SHBM, Inc., and Ma Cherie LLC. This resolves all appeals including those related to all defendants named in the third-party complaint.

The Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law are accepted as described more fully in this Court's Memorandum Opinion and Order entered on September 30, 2022, and final judgment is hereby entered in favor of N. Neville Reid, not individually but

solely in his capacity as Chapter 7 Trustee for the bankruptcy Estate of Michael A. Wolf against MMQB, Inc. in the amount of $2,100,000.

Costs are awarded to the appellees.

Date: October 27, 2022

John J. Tharp, Jr.
United States District Judge