IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re MICHAEL WOLF, | ) | No. 19-cv-08154 |
| Debtor. | ) ) | Consolidated Cases: Nos. 18 C 07952, 18 C 07953, 19 C 01978, 19 C 08154, and 19 C 08299 |
| ---------------------------------------------- | ) ) ) | |
| N. NEVILLE REID, not individually, but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Michael A. Wolf, et al., | ) ) ) ) ) | Judge John J. Tharp, Jr. (Bankr. No. 14 B 27066) (Adv. Proc. 16 AP 00066) |
| Plaintiffs-Appellees, | ) ) | BANKRUPTCY PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW under 28 U.S.C. §157(c) & BANKRUPTCY APPEAL under 28 U.S.C. §158(a) |
| v. | ) ) ) | |
| SCOTT WOLF, MICHAEL WOLF, et al., | ) ) | |
| Defendants-Appellants. | ) | |

## NOTICE OF FILING / NOTICE OF MOTION

**To: See Attached Service List**

PLEASE BE ADVISED that on November 10, 2022, the undersigned filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Appellant/Defendant Scott Wolf's Amended Motion for Rehearing/Reconsideration**.

Dated: November 10, 2022

Prepared By:

Scott Wolf (304-769-9828)
scottwolf.0330@gmail.com
320 Central Avenue, Unit 141
Sarasota, Florida 34236

Respectfully Submitted,

/s/Scott Wolf
Scott Wolf, *pro se*
320 Central Avenue, Unit 141
Sarasota, Florida 34236
304-769-9828
scottwolf.0330@gmail.com

## **CERTIFICATE OF SERVICE**

I, Scott Wolf, hereby certify that I caused a true and correct copy of the foregoing *NOTICE OF FILING / NOTICE OF MOTION*, and the documents referred to therein, to be served on the parties listed below via third-party commercial carrier and/or mail, and/or via email, and/or via fax, as well as electronically via the Court's CM/ECF system (all as indicated below on the service list), on the 10th day of November, 2022.

**SERVICE LIST**

via ELECTRONIC MAIL (and via CM/ECF where noted):

| | | |
|---|---|---|
| N. Neville Reid | CM/ECF | nreid@foxswibel.com |
| Daniel Patrick Dawson | CM/ECF | adrag@nisen.com, ddawson@nisen.com |
| Catherine L. Steege | CM/ECF | docketing@jenner.com |
| | | csteege@jenner.com |
| Faye B. Feinstein | CM/ECF | faye.feinstein@quarles.com |
| Hailey Ann Varner | CM/ECF | HVarner@perkinscoie.com |
| Travis Jon Eliason | CM/ECF | Travis.Eliason@quarles.com |
| Holly A. Harrison | CM/ECF | hollyharrison@hlawllc.com |
| Jason Fitterer | CM/ECF | JasonFitterer@hlawllc.com |
| | | |
| Gordon Elliot Gouveia | | ggouveia@foxrothschild.com |
| Christina M Sanfelippo | | csanfelippo@cozen.com |
| Robert Michael Fishman | | rfishman@cozen.com |
| Michael Wolf, Peter Wolf | | wolfegalusa@gmail.com |
| United States Trustee | | pat.s.layng@usdoj.gov |
| U.S. Bankruptcy Court, Clerk | | ilnb_appeals@ilnb.uscourts.gov |

Dated: November 10, 2022

Signed,

/s/Scott Wolf
Scott Wolf, *pro se*
320 Central Avenue, Unit 141
Sarasota, Florida 34236
304-769-9828
scottwolf.0330@gmail.com