# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 13, 2023

**Before**

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

DORIS L. PRYOR, *Circuit Judge*



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Nos. 23-1045, 23-1046, 23-1047 & 23-1048

| | |
|---|---|
| IN RE: MICHAEL WOLF,<br>*Debtor*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| N. NEVILLE REID, not individually, but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Michael A. Wolf, et al.<br><br>*Plaintiffs-Appellees*<br><br>*v.*<br><br>SCOTT WOLF, MICHAEL WOLF, et al.,<br>*Defendants -Appellants*. | Nos. 18 CV 07952, 18 CV 07953,<br>     19 CV 01978, & 19 CV 08154<br><br>John J. Tharp, Jr.,<br>*Judge*. |

**O R D E R**

Defendants-Appellants filed a petition for rehearing and rehearing *en banc* on October 24, 2023. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing *en banc* is therefore DENIED.